**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Odis Dwayne Simonds, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2012-213515

———————————

Appeal From York County
John C. Hayes, III, Circuit Court Judge

———————————

Unpublished Opinion No. 2016-UP-007
Submitted December 7, 2015 – Filed January 13, 2016

———————————

**DISMISSED**

———————————

Attorney General Alan McCrory Wilson and Assistant Attorney General James Rutledge Johnson, both of Columbia, for Petitioner.

Tommy Arthur Thomas, of Irmo, for Respondent.

———————————

**PER CURIAM:** We granted a writ of certiorari to review the grant of Respondent's application for post-conviction relief. After thorough review, we dismiss the writ as improvidently granted.[1]

**SHORT, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.